IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:22-CR-00639-MTS (SRW) |
| | ) |
| RAY BRADLEY and | ) |
| MOREION LINDSEY, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis and Nathan L. Chapman, Assistant United States Attorneys for said District, and makes the following additional disclosures pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure:

At trial, the Government intends to use evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in investigative reports, which will be made available to the defendant. To the extent that any evidence outlined herein constitutes evidence of "Crimes or Other Acts" as contemplated by Federal Rule of Evidence 404(b), notice is hereby given that the Government intends, in the event of trial, to seek the admission of such evidence as probative of "motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident."

In connection with this filing, the Government moves for pretrial determination of admissibility of arguably suppressible statements made by the defendants. The listing of a potential witness or potential witnesses is not meant to be all-inclusive. As the date set for hearings approaches, the Government may add, substitute, or delete a witness or witnesses for various reasons.

The Government has not included in its listing of events the various physical surveillance that occurred or any photographs or videotapes taken during surveillance during the course of the investigation. Additionally, the Government has not listed any records obtained by subpoena.  It is the Government's position that these events are not subject to suppression.

| DATE | EVENT/ITEM | WITNESS |
|---|---|---|
| April 22, 2022 | Pen Register/Trap-and-Trace/Precision Location Information for **(518) 937-5874** (22-382) **(Ray BRADLEY** and **Moreion LINDSEY)** | TFO David Rudolph |
| April 26, 2022 | Pen Register/Trap-and-Trace/Precision Location Information for (618) 795-7613 (22-392) (Jerome Williams) | TFO David Rudolph |
| April 27, 2022 | Pen Register/Trap-and-Trace/Precision Location Information for **(314) 528-0442** (22-397) **(Moreion LINDSEY)** | TFO David Rudolph |
| April 28, 2022 | Search Warrant for GPS Data of 2015 Mazda CX5 VIN: JM3KE2CY8F0439759 (22-400) **(Moreion LINDSEY)** | TFO David Rudolph |
| April 28, 2022 | Search Warrant for 2015 Mazda CX5 VIN: JM3KE2CY8F0439759 (22-401) **(Moreion LINDSEY)** | TFO David Rudolph |
| April 29, 2022 | Search Warrant for 1511 Washington Avenue, Apartment 6A, St Louis, MO 63103 (4:22MJ8127SRW) (Jerome Williams) | TFO David Rudolph |

| | | |
|---|---|---|
| April 29, 2022 | Search Warrant for 2019 Dodge Ram<br>VIN: 1C6SRFJT5KN506009<br>(4:22MJ8128SRW)<br>(Jerome Williams) | TFO David Rudolph |
| May 2, 2022 | Search Warrant Telematics System for 2019 Dodge Ram<br>VIN: 1C6SRFJT5KN506009<br>(4:22MJ3118NCC)<br>(Jerome Williams) | TFO David Rudolph |
| May 2, 2022 | Pen Register/Trap-and-Trace/Precision Location Information for **(253) 281-6618**<br>(4:22MJ3119NCC)<br>**(Ray BRADLEY)** | TFO David Rudolph |
| May 3, 2022 | Search Warrant for 2161 Empire Court, Apartment J<br>St Louis, MO 63103<br>(4:22MJ3125NCC)<br>**(Moreion LINDSEY)** | TFO David Rudolph |
| May 3, 2022 | Search Warrant for Apple Iphone Found on Jerome WILLIAMS' Person at Time of Arrest<br>(4:22MJ3127NCC)<br>(Jerome Williams) | TFO David Rudolph |
| May 4, 2022 | Arrest and Custodial Interview of **Moreion LINDSEY** | TFO David Rudolph |
| May 10, 2022 | Search Warrant for 1612 Lucas Avenue, Apartment 303<br>St. Louis, MO 63103<br>(4:22MJ121DDN)<br>**(Ray BRADLEY)** | TFO David Rudolph |
| May 11, 2022 | Search Warrant for 11845 Benham Road<br>St. Louis, MO 63138<br>(4:22MJ136DDN)<br>**(Ray BRADLEY)** | TFO David Rudolph |
| May 18, 2022 | Search Warrant for 10834 Galt Industrial Business Park<br>St. Louis, MO 63132<br>(4:22MJ7130SPM)<br>**(Ray BRADLEY)** | TFO David Rudolph |
| May 19, 2022 | Search Warrant for Information Associated with the Google Account **raybradley619@gmail.com**<br>(4:22MJ7131SPM)<br>**(Ray BRADLEY)** | TFO David Rudolph |
| May 20, 2022 | Search Warrant for Facebook Account 100007472467778 (Victim's Account)<br>(4:22MJ7135SPM) | TFO David Rudolph |

| | | |
|---|---|---|
| May 20, 2022 | Search Warrant for Facebook Account **ray.bradley916** (4:22MJ7136SPM) **(Ray BRADLEY)** | TFO David Rudolph |
| May 27, 2022 | Search Warrant for Target Devices 1 – 9 Seized from 1511 Washington Avenue, St. Louis, MO 63103 (4:22MJ148DDN) (Jerome Williams) | TFO David Rudolph |
| June 2, 2022 | Search Warrant for Target Devices 1-13 seized from 1612 Lucas, Apartment 303 St. Louis, MO 63103 (4:22MJ1192JMB) **(Ray BRADLEY)** | TFO David Rudolph |
| August 4, 2022 | Search Warrant for Facebook Account 1732177807 (Victim Account) (4:22MJ8208SRW) | TFO David Rudolph |
| October 6, 2022 | Search Warrant for Information Associated with (347) 245-7871 and (347) 456-3930 (Victim Numbers) (4:22MJ8268SRW) | TFO David Rudolph |
| October 27, 2022 | Search Warrant for Amazon Blink Account amirah_asadah@icloud.com (4:22MJ1331JMB) (Jerome Williams) | TFO David Rudolph |
| November 4, 2022 | Search Warrant for Microsoft Live Account **ray.bradley@live.com** (4:22MJ5285NAB) **(Ray BRADLEY)** | TFO David Rudolph |

In addition to the above-referenced evidence, the Government may seek to admit at trial various documentary and/or business records, including but not necessarily limited to records obtained from various providers of cellular telephone service. It is the Government's position that these records do not constitute "suppressible evidence," but inasmuch as the Court's order required disclosure of any "arguably suppressible evidence," the Government hereby gives notification of its intent to admit evidence in the form of such business records.

As additional evidence is found, and as supplemental information comes to the Government's attention, the Government may choose not to use some evidence described, or to use evidence additional to that listed in these reports. If the Government chooses to use additional

4

evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
NATHAN CHAPMAN, #60978MO
Assistant United States Attorneys
Nathan.chapman@usdoj.gov
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record for the defendants.

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney